Order issued October 3 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01483-CV

GABRIEL AGUINAGA, ET AL., Appellant

V.

WELLS FARGO BANK, N.A., Appellee

## ORDER

On August 13, 2012, appellee filed a notice of nonsuit in this Court. On September 14, 2012, the Court informed the parties that, unless an objection was received by September 24, this Court would abate the appeal in order to permit proceedings in the trial court to vacate the judgment. Having received no objection, we **ABATE** this case until further order of this Court. The parties are **ORDERED** to inform the Court of the status of the trial court's judgment within forty-five days.

ELIZABETH LANG-MIERS
JUSTICE